# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-9046
Owner: Steven J. Kobernat, *et al*.
Acres: 7.646

**Being** a 7.646 acre tract (333,070 sq ft) parcel of land, more or less, being out of a calculated 1634.800 acres, in Starr County, Texas conveyed to Kobernat Steven Joseph ET AL, Volume 1369, Page 214. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-05-2019, having the following NAD83 (2011) Grid Coordinates N=16621139.93, E=957740.48; Thence N 63°22'26" W a distance of 12439.67 feet to a found Wildlife Monument on the East line of the Kobernat Steven Joseph ET AL, Volume 1369, Page 214 and the Northwest corner of the United States of America Fish and Wildlife tract, Volume 610, Page 270, for the **Point of Commencement,** having the following coordinates: N=16626714.96, E=946620.02.

**Thence:** S 26°09'58" W departing said property line, crossing the center of an existing 22 foot wide dirt road at 5369 feet, a distance of 5464.67 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9043-3=9046-1 on the West line of the Kobernat Steven Joseph ET AL, Volume 1369, Page 214 and on the East line of the A-3 Properties, LTD tract, Volume 1176, Page 619, for the **Point of Beginning,** having the following coordinates: N=16621810.31, E=944210.24, said point being on the Northern boundary of the parcel herein described;

**Thence:** S 82°04'07" E departing said property line, along said Northern boundary, crossing the center of an existing 22 foot wide gravel road at 30 feet, a distance of 396.45 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-1A for a Point on Line;

**Thence:** S 82°04'07" E along said Northern boundary, a distance of 396.45 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-1B for a Point on Line;

**Thence:** S 82°04'07" E along said Northern boundary, a distance of 396.45 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-1C for a Point on Line;

### SCHEDULE C (Cont.)

**Thence:** S 82°04'07" E along said Northern boundary, crossing the center of an existing 15 foot wide dirt road at 368 feet, to a barbed wire fence, a distance of 396.45 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9025-1-4=9046-2 for angle, said point being on the East line of the Kobernat Steven Joseph ET AL, Volume 1369, Page 214 and on the West line of the United States of America Fish and Wildlife Tract 541, Volume 610, Page 270;

**Thence:** S 09°18'06" W along said property line, along said barbed wire fence, departing said Northern boundary, a distance of 210.06 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9025-1-3=9046-3 for angle, said point being on the Southern boundary of the parcel herein described;

**Thence:** N 82°04'07" W departing said property line, departing said barbed wire fence, along said Southern boundary, crossing an existing 15 foot wide dirt road at 28 feet, a distance of 396.57 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-3A for a Point on Line;

**Thence:** N 82°04'07" W along said Southern boundary, a distance of 396.57 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-3B for a Point on Line;

**Thence:** N 82°04'07" W along said Southern boundary, a distance of 396.57 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9046-3C for a Point on Line;

**Thence:** N 82°04'07" W along said Southern boundary, crossing an existing 22 foot wide dirt road at 365 feet, a distance of 396.57 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-9043-4=9046-4 for angle, said point being on the West line of the Kobernat Steven Joseph ET AL, Volume 1369, Page 214 and on the East line of the A-3 Properties, LTD tract, Volume 1176, Page 619;

**Thence:** N 09°25'53" E along said property line, departing said Southern boundary, crossing the center of an existing 15 foot wide dirt road at 50 feet, a distance of 210.07 feet returning to the **Place of Beginning.**

### SCHEDULE C (Cont.)

Tract:  RGV-RGC-R9046E
Owner:  Steven J. Kobernat, *et al*.
Acres:  3.734

**Being** a 3.734 acre Access Easement Tract (162,651 square feet) parcel of land, more or less, being out of a portion of Share 2 of the Bartolome Trevino Survey, Abstract No. 272 in Porcion 97 Starr County, Texas, conveyed to Steven Joseph Kobernat, et al, Volume 1369, Page 214. Said parcel of land being more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap set in concrete stamped SR-05 2019, having the following NAD83 (2011) Grid Coordinates: N = 16621139.930, E = 957740.484:

**Thence:** N64°30'50"W, a distance of 13977.72 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, being on the apparent South Right of Way of Old Military Road and within the property of Steven Joseph Kobernat, et al, Volume 1369, Page 214, stamped RGV-RGC-R9046E-1 for the **Point of Commencement** and the **Point of Beginning**, having the following coordinates: N = 16627154.455, E = 945122.949 for angle;

**Thence:** S14°16'49"W, leaving said apparent Right of Way a distance of 73.26 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGCR9046E-2 for angle;

**Thence:** S08°21'41"W, a distance of 134.96 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-3 for angle;

**Thence:** S09°39'37"W, a distance of 435.14 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-4 for angle;

**Thence:** S08°32'26"W, a distance of 706.10 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-5 for angle;

**Thence:** S09°30'38"W, a distance of 984.66 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-6 for angle;

**Thence:** S09°40'15"W, a distance of 1058.87 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-7 for angle;

**Thence:** S08°42'31"W, a distance of 1220.34 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-8 for angle;

**Thence:** S09°57'57"W, a distance of 446.89 feet to a set 5/8" X 36" iron rebar and  plastic easement cap, designated as RGV-RGC-R9046E-9 for angle;

### SCHEDULE C (Cont.)

**Thence:** S08°40'01"W, a distance of 360.73 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, stamped RGV-RGC-R9046E-10 for angle;

**Thence:** N82°04'07"W, a distance of 30.00 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, stamped RGV-RGC-R9046E-11 for angle;

**Thence:** N08°40'01"E, a distance of 361.45 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-12 for angle;

**Thence:** N09°57'57"E, a distance of 446.90 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-13 for angle;

**Thence:** N08°42'31"E, a distance of 1220.27 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-14 for angle;

**Thence:** N09°40'15"E, a distance of 1059.08 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-15 for angle;

**Thence:** N09°30'37"E, a distance of 984.36 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-16 for angle;

**Thence:** N08°32'26"E, a distance of 706.14 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-17 for angle;

**Thence:** N09°39'37"E, a distance of 435.09 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-18 for angle;

**Thence:** N08°21'41"E, a distance of 136.17 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R9046E-19 for angle;

**Thence:** N14°16'50"E, a distance of 73.01 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, being on the apparent South Right of Way of Old Military Road and within the property of Steven Joseph Kobernat, et al, Volume 1369, Page 214, stamped RGV-RGC-R9046E-20, for angle;

**Thence:** S79°09'19"E, continuing along said apparent South Right of way of Old Military Road, a distance of 30.05 returning to the **Point of Beginning**.

# SCHEDULE D

# SCHEDULE D

## MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



GENERAL SURVEYOR'S NOTES:

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.999974017 (E.G. GRID X 0.999974017 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 30, 2019 (TICKET NO. 1971165549).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 30, 2019 (TICKET NO. 592141616).

| MONUMENT TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-RGC-9043-3=9046-1 | 16621810.31 | 944210.24 |
| RGV-RGC-9046-1A | 16621755.60 | 944602.90 |
| RGV-RGC-9046-1B | 16621700.90 | 944995.56 |
| RGV-RGC-9046-1C | 16621646.19 | 945388.22 |
| RGV-RGC-9025-1-4=9046-2 | 16621591.49 | 945780.88 |
| RGV-RGC-9025-1-3=9046-3 | 16621384.19 | 945746.93 |
| RGV-RGC-9046-3A | 16621438.91 | 945354.15 |
| RGV-RGC-9046-3B | 16621493.63 | 944961.37 |
| RGV-RGC-9046-3C | 16621548.35 | 944568.60 |
| RGV-RGC-9043-4=9046-4 | 16621603.08 | 944175.82 |

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: | MARK | DESCRIPTION | DATE | APPR. |
|---|---|---|---|---|---|---|
| 8 OF 8 | KOBERNAT STEVEN JOSEPH ET AL | CHECKED BY: | | | | |
| | TRACT NO. RGV-RGC-9046 | PLOT DATE: | BORDER WALL TASK ORDER: 003 | | | |
| | STARR COUNTY          TEXAS | SHEET SIZE: | CONTRACT NO. : W912PF-15-D-0012 | | | |





US Army Corps of Engineers®

EMC, INC. PROJECT NO. 19036

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)



**LEGEND:**

| | | | |
|---|---|---|---|
| ⊚ | CONTROL POINT (AS NOTED) | N | NORTHING |
| ⊙ | FOUND MONUMENT (AS NOTED) | E | EASTING |
| ◆ | SET 5/8" IR W/ CAP (AS NOTED) | ELEV. | ELEVATION |
| | RIGHT OF WAY | S.C.C.H. | STARR COUNTY COURT HOUSE |
| PL | PROPERTY LINE | S.C.C.M. | STARR COUNTY CADD MAP |
| | ACQUISITION BOUNDARY | S.C.A.D. | STARR COUNTY APPRAISAL DISTRICT |
| | EXISTING / PROPOSED ACQUISITION BOUNDARY | W/ | WITH |
| | PORCION LINE | UNK | UNKNOWN |
| | FENCE | ALUM. | ALUMINUM |
| TPOST | T-POST | CONC. | CONCRETE |
| | ROADWAY EDGE | CALC. | CALCULATED POINT |
| | VEGETATION LINE | POC | POINT OF COMMENCEMENT |
| | CULTIVATION LINE | POB | POINT OF BEGINNING |
| | WATERS EDGE | PG | PAGE |
| ⊢ | GUY WIRE | VOL. | VOLUME |
| ○ | UTILITY POLE | DOC | DOCUMENT |
| E | ELECTRIC OVERHEAD | MON | MONUMENT |
| S | STORM LINE | R.O.W. | RIGHT-OF-WAY |
| CV | CULVERT | 1STCB | 1 STORY COMMERCIAL BUILDING |
| | DITCH TOP | 1STFR | 1 STORY FRAME HOME |
| | DITCH CENTERLINE | 1STBR | 1 STORY BRICK HOME |
| | RAILROAD TRACKS | SHDWF | SHED WOOD FRAME |
| | | GZB | GAZEBO OR SIMILAR |

**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES, ACREAGE AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.999974017 (E.G. GRID / 0.999974017 = SURFACE).
2. ELEVATION DATA AND ELLIPSOID HEIGHT SHOWN HEREON ARE IN SURVEY FEET AND REFERENCED TO NAVD88 USING GEOID 2012B.
3. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
4. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. TITLE RESEARCH WAS PERFORMED BY THE SURVEYOR; HOWEVER THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS THAT WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION AND COMMITMENT.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS #11 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 12, 2024 (TICKET NO. 2454304598).

**MONUMENT TABLE**

| MONUMENT NAME | NORTHING | EASTING | ELEVATION | ELLIPSOID HEIGHT |
|---|---|---|---|---|
| RGV-RGC-R9046E-1 | 16627154.455 | 945122.949 | 137.692 | 59.416 |
| RGV-RGC-R9046E-2 | 16627083.457 | 945104.878 | 138.046 | 59.771 |
| RGV-RGC-R9046E-3 | 16626949.929 | 945085.252 | 137.385 | 59.111 |
| RGV-RGC-R9046E-4 | 16626520.964 | 945012.234 | 136.289 | 58.019 |
| RGV-RGC-R9046E-5 | 16625822.697 | 944907.372 | 136.718 | 58.455 |
| RGV-RGC-R9046E-6 | 16624851.570 | 944744.679 | 136.996 | 58.742 |
| RGV-RGC-R9046E-7 | 16623607.750 | 944566.802 | 137.572 | 59.329 |
| RGV-RGC-R9046E-8 | 16622601.475 | 944382.033 | 137.129 | 58.899 |
| RGV-RGC-R9046E-9 | 16622161.332 | 944304.695 | 137.772 | 59.547 |
| RGV-RGC-R9046E-10 | 16621804.722 | 944250.337 | 138.122 | 59.901 |
| RGV-RGC-R9046E-11 | 16621808.862 | 944220.621 | 137.845 | 59.624 |
| RGV-RGC-R9046E-12 | 16622166.188 | 944275.089 | 137.668 | 59.443 |
| RGV-RGC-R9046E-13 | 16622606.343 | 944352.429 | 138.204 | 59.974 |
| RGV-RGC-R9046E-14 | 16623612.542 | 944537.186 | 137.979 | 59.736 |
| RGV-RGC-R9046E-15 | 16624856.566 | 944715.099 | 137.360 | 59.106 |
| RGV-RGC-R9046E-16 | 16625827.403 | 944877.742 | 137.601 | 59.338 |
| RGV-RGC-R9046E-17 | 16626525.710 | 944982.610 | 136.449 | 58.180 |
| RGV-RGC-R9046E-18 | 16626954.628 | 945055.620 | 137.697 | 59.423 |
| RGV-RGC-R9046E-19 | 16627089.354 | 945075.422 | 137.439 | 59.164 |
| RGV-RGC-R9046E-20 | 16627160.109 | 945093.432 | 137.292 | 59.016 |

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: JP / DOCH | MARK. | DESCRIPTION | DATE | APPR. | | |
|---|---|---|---|---|---|---|---|---|
| 19 OF 19 | STEVEN JOSEPH KOBERNAT, ET AL | CHECKED BY: WRS / DOCH | | | | |  |  |
| | TRACT NO. RGV-RGC-R9046E | SURVEY DATE: 2024 | | | | | | US Army Corps of Engineers |
| | STARR COUNTY    TEXAS | PLOT DATE: 2024 | | | | | | |

EMC, INC. PROJECT NO.: 24006

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

**Tract:  RGV-RGC-9046**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Warranty Deed recorded in the Deed Records of Starr County, Texas on January 15, 2013, Volume 1369, Page 214, Document Number 2013-309094, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**Tract:  RGV-RGC-R9046E**

A non-exclusive, perpetual and assignable easement and right-of-way in, on, over, under and across the land referred to as Tract RGV-RGC-R9046E more particularly described in Schedule C, for use by the United States, its representatives, agents, and contractors, for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and/or underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere with the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines, if any; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road and utility easement.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is EIGHTY-EIGHT THOUSAND FIVE HUNDRED ELEVEN DOLLARS AND NO/100 ($88,511.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-9046:**

The sum estimated as just compensation for the land acquired is SEVENTY-FIVE THOUSAND THREE HUNDRED EIGHTY-SIX DOLLARS AND 00/100 ($75,386.00).

**TRACT RGV-RGC-R9046E:**

The sum estimated as just compensation for the land acquired is THIRTEEN THOUSAND ONE HUNDRED TWENTY-FIVE DOLLARS AND 00/100 ($13,125.00).

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Steven J. Kobernat**<br>██████████<br>San Antonio, TX ███ | Gift Deed without Warranty<br>Document # 2013-309094;<br>Recorded January 15, 2013<br>Deed Records of Starr County |
| **Gregory G. Kobernat**<br>██████████<br>San Antonio, TX ██████ | Gift Deed without Warranty<br>Document # 2013-309094;<br>Recorded January 15, 2013<br>Deed Records of Starr County |
| **Cordyn J. Kobernat**<br>██████████<br>San Antonio, TX ██████ | Gift Deed without Warranty<br>Document # 2013-309094;<br>Recorded January 15, 2013<br>Deed Records of Starr County |
| **Ann-Marie Littlefield**<br>██████████<br>San Antonio, TX ██████ | Gift Deed without Warranty<br>Document # 2013-309094;<br>Recorded January 15, 2013<br>Deed Records of Starr County |
| **Wesley Vanderpool or successor**<br>█████████<br>Sullivan City, Texas ████ | Lease Agreement between<br>Steven J. Kobernat, et al., and<br>Wesley Vanderpool,<br>September 24, 2018 |
| Ameida Salinas<br>Starr County, Texas,<br>Tax Assessor-Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | Tax Authority |